**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Cairo DeAngelis,**<br>*Plaintiff*<br><br>**v.**<br><br>**Officer Devin L. Carter,**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:25-cv-00317-DAE** |

**ORDER**

Now before the Court are Plaintiff's Motion to Strike Defendant's Designation of Potential Testifying Expert Witnesses, filed March 26, 2026 (Dkt. 21); Defendant's Response, filed April 9, 2026 (Dkt. 22); and Plaintiff's Reply, filed April 10, 2026 (Dkt. 23).[1] The Court held a hearing on the motion at which both parties appeared through counsel on August 5, 2026.

At the hearing, Defendant argued for the first time that Plaintiff's motion was premature, and Plaintiff requested time to submit supplemental briefing on this new argument. The Court grants Plaintiff's request and **ORDERS** that he has until **August 19, 2026** to submit a supplemental brief in support of his Motion to Strike limited to 10 pages. The parties may submit response and reply briefs conforming to the time and page limits for discovery motions in Local Rule CV-7.

**SIGNED** on August 5, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable David A. Ezra referred the motion to this Magistrate Judge for disposition by Text Order entered March 27, 2026.